1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Defendant Mr. Sandoval-Lopez

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2042 |
   |---|---|---|
12 | Plaintiff, | ) | |
13 | v. | ) | **NOTICE OF APPEARANCE** |
14 | **OSCAR EFREN SANDOVAL-LOPEZ,** | ) | |
15 | Defendant. | ) | |

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19 above-captioned case.

20                                          Respectfully submitted,

21

22 Dated: July 10, 2008              *s/ ANDREW LAH*
                                     Federal Defenders of San Diego, Inc.
23                                   Attorneys for Defendant
                                     andrew_lah@fd.org
24

**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
Facsimile:    (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Sandoval-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 08mj2042 |
|                                     ) | |
|             Plaintiff,              ) | |
|                                     ) | |
| v.                                  ) | **PROOF OF SERVICE** |
|                                     ) | |
| **OSCAR EFREN SANDOVAL-LOPEZ,**     ) | |
|                                     ) | |
|             Defendant.              ) | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      **Assistant United States Attorney**
      efile.dkt.gc1@usdoj.gov

Dated: July 10, 2008                                    *s/ ANDREW LAH*
                                                       **ANDREW LAH**
                                                       Federal Defenders of San Diego, Inc.,
                                                       andrew_lah@fd.org